FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:46 pm, Jun 15, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| SAMSON RELIFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-87 |
| | ) |
| ANDREW M. SAUL, | ) |
| *Commissioner of Social Security,* | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS CAUSE is before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner of Social Security. Following remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing, obtain supplemental vocational expert evidence, and identify and resolve any conflicts between the occupational evidence provided by the expert and the information in the Dictionary of Occupational Titles. The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO **ORDERED** this 15 day of June, 2020.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA