AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:30 pm, Jun 16, 2020

SAMSON RELIFORD,

Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-87

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 15th day of June 2020, granting Defendant's Motion to Remand, judgment is hereby entered remanding this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 16, 2020

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03